

# United States District Court
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>**Plaintiff**<br><br>v.<br><br>CENTRAL CONNECTICUT STATE<br>UNIVERSITY, ET AL<br>**Defendants** | CASE NO.<br>301CV2366(JCH)<br><br><br><br><br>September 5, 2003 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE HER LATE RESPONSE TO DEFENDANT LISA BIGELOW'S AFFIRMATIVE DEFENSES

Pursuant to Federal R. of Civ. Procedure 15(a) Plaintiff moves the Court to grant her leave of time, which has already passed to file her response to Defendant, Lisa Bigelow's affirmative defenses to her fourth Amended Complaint. This motion is accompanied by Plaintiffs' response and therefore does not require any additional time going forward from the date of this filing. In support of this motion Plaintiff states that the delay in responding to Defendant's pleadings was caused by 1) summer vacation schedule; 2) the loss of legal personnel; and, 3) more pressing time-frame demands on other legal business.

GRANTED over objection
SO ORDERED
James C. Hall, U.S.D.J.
10/14/03