

# United States District Court
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI | : CASE NO.<br>: 301CV2366(JCH) |
| **Plaintiff** | : |
| VS. | : |
| | : |
| LISA MARIE BIGELOW,<br>IN HER INDIVIDUAL CAPACITY, | : |
| **Defendants** | : September 5, 2003 |

## PLAINTIFF'S RESPONSE TO DEFENDANT BIGELOW'S AFFIRMATIVE DEFENSES TO THE FOURTH AMENDED COMLAINT (Dkt. No. 52)

**ANSWERS TO AFFIRMTIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE (Failure to Plead All Elements of Her Causes of Action)

Deny.

SECOND AFFIRMATIVE DEFENSE (Adjudicatory Immunity)

Deny.

THIRD AFFIRMATIVE DEFENSE (Qualified Immunity)

1

Deny.

FOURTH AFFIRMATIVE DEFENSE (Statutory Immunity)

Deny.

FIFTH AFFIRMATIVE DEFENSE (Standing)

Deny.

SIXTH AFFIRMATIVE DEFENSE (Plaintiff's Unclean Hands and Self Imposed Deprivation)

Deny.

SEVENTH AFFIRMATIVE DEFENSE (Adequate Due Process)

Deny.

EIGHTH AFFIRMATIVE DEFENSE (Moot)

Deny.

NINGH AFFIRMATIVE DEFENSE (Mitigation of Damages)

Deny.

Cynthia R. Jennings, Esquire
177 State Street - Suite 401 - Bridgeport - Connecticut 06604
Email: cynjennings@aol.com - Tel: 203-362-1230 - Fax: 203-368-6985
Federal Bar No. CT21797

So filed this 5th day of September, 2003.

        PLAINTIFF
        SAKKARA BOGLE-ASSEGAI

        By: _____
        CYNTHIA R. JENNINGS, ESQ.
        THE BARRISTER LAW GROUP, LLC.,
        Bridgeport, CT 06604
        Tel: 203-362-1230
        Fax: 203-368-6985
        Email: Cynthia.jennings@sbcglobal.net
        Federal Bar. No. CT21797

3

## CERTIFICATION

This is to certify that a copy of the forgoing document was served on the following by first class U.S. mail on September 5, 2003:

Assistant Attorney General Nyle Davey
Office of the Attorney General
55 Elm Street
Hartford, CT 06106


Linda Yoder
Shipman & Goodwin, LLC
One American Row
Hartford, CT 06103-2819


By: _____
CYNTHIA R. JENNINGS, ESQ.,

4