UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI<br>    *PLAINTIFF*, | : | CIVIL ACTION NO.<br>3:01CV2366 (JCH) |
| v. | : | |
| LISA MARIE BIGELOW, *In Her Individual Capacity,*<br>    *DEFENDANT*. | : | |
| SAKKARA BOGLE-ASSEGAI BY NEXT<br>FRIEND FEMI BOGLE ASSEGAI | : | CIVIL ACTION NO.<br>3:01CV 2367 (JCH) |
|     Plaintiff,<br>v. | : | |
| CAPITOL REGION EDUCATION<br>COUNCIL AND MARK D. O'DONNELL<br>IN HIS INDIVIDUAL AND OFFICIAL<br>CAPACITY | : | |
|     Defendants. | : | OCTOBER 15, 2003 |

DEFENDANTS CAPITOL REGION EDUCATION COUNCIL AND
MARK O'DONNELL'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. Proc. Rule 56(a), Capitol Region Education Council and Mark O'Donnell hereby move the Court, the Honorable Janet C. Hall, United States District

**Oral Argument Requested**
**Testimony Not Required**

Judge, to enter summary judgment in favor of the defendant on each and every claim for relief contained in the Amended Complaint, dated February 13, 2002 for the reasons stated in the accompanying Memorandum of Law and based on the undisputed facts as presented in the Local Rule 56(a)(1) Statement and exhibits thereto.

                                      DEFENDANTS,
                                      Capitol Region Education Council and Mark O'Donnell

By_____
                                      Linda L. Yoder
                                      Federal Bar No. ct01599
                                      For Shipman & Goodwin LLP
                                      One American Row
                                      Hartford, CT  06103-2819
                                      Telephone (860) 251-5717
                                      Facsimile (860) 251-5500
                                      lyoder@goodwin.com
                                      Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Defendants' Motion for Summary Judgment was mailed this 15th day of October, 2003 to:

Cynthia Jennings
Counsel for the Plaintiff
211 State Street
2nd Floor
Bridgeport, CT 06604

And to

Attorney Nyle Davey
Office of the Attorney General
State of Connecticut
55 Elm Street, Annex 4th Floor
P. O. Box 120
Hartford, CT 06141

_____
Gary S. Starr

354942 v.01