UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>*PLAINTIFF*, | CIVIL ACTION NO.<br>3:01CV2366 (JCH) |
| v. | |
| LISA MARIE BIGELOW, *In Her Individual Capacity*,<br>DEFENDANT | |
| SAKKARA BOGLE-ASSEGAI BY NEXT<br>FRIEND FEMI BOGLE ASSEGAI | CIVIL ACTION NO.<br>3:01CV 2367 (JCH) |
| Plaintiff,<br>v. | |
| CAPITOL REGION EDUCATION<br>COUNCIL AND MARK D. O'DONNELL<br>IN HIS INDIVIDUAL AND OFFICIAL<br>CAPACITY | |
| Defendants. | OCTOBER 15, 2003 |

## APPEARANCE

Please enter my appearance, in addition to any appearances already on file, as attorney for the Defendants, CAPITOL REGION EDUCATION COUNCIL AND MARK O'DONNELL IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, in the above-captioned matter.

-2-

Dated at Hartford, Connecticut, this 15th day of October, 2003.

By_____
Gary S. Starr
Federal Bar No. ct06038
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Telephone # (860) 251-5501
Fax # (860) 251-5500
gstarr@goodwin.com
Its Attorneys

-3-

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, this 15th day of October, 2003, to:

Cynthia Jennings
Counsel for the Plaintiff
211 State Street
2nd Floor
Bridgeport, CT 06604

And to

Attorney Nyle Davey
Office of the Attorney General
State of Connecticut
55 Elm Street, Annex 4th Floor
P. O. Box 120
Hartford, CT 06141

_____
Gary S. Starr

321269 v.01 S2