United States District Court
District of Connecticut
FILED AT BRIDGEPORT
October 15, 2003
Kevin F. Rowe, Clerk
By: Tasha Simpson
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI<br>    *PLAINTIFF*, | : <br> : <br> : | CIVIL ACTION NO.<br>3:01CV2366 (JCH) |
| v. | : | |
| LISA MARIE BIGELOW, *In Her Individual Capacity*,<br>    DEFENDANT. | : <br> : <br> : | |
| SAKKARA BOGLE-ASSEGAI BY NEXT<br>FRIEND FEMI BOGLE ASSEGAI | : <br> : | CIVIL ACTION NO.<br>3:01CV 2367 (JCH) |
|     Plaintiff,<br>v. | : <br> : | |
| CAPITOL REGION EDUCATION<br>COUNCIL AND MARK D. O'DONNELL<br>IN HIS INDIVIDUAL AND OFFICIAL<br>CAPACITY | : <br> : <br> : <br> : | |
|     Defendants. | : | OCTOBER 15, 2003 |

### DEFENDANTS CAPITOL REGION EDUCATION COUNCIL AND MARK D. O'DONNELL'S
### LOCAL RULE 56(a)1 STATEMENT

Pursuant to Rule 56(a)1 of the Local Rules of Civil Procedure, Capitol Region Education Council and Mark D. O'Donnell, defendants in the above captioned matter, hereby adopt defendant Lisa Marie Bigelow's Local Rule 56(a)(1) Statement of undisputed facts

(hereinafter **UF**) with references to affidavits and other admissible evidence in support of their motion for summary judgment.

Dated at Hartford, Connecticut, this 15th day of October, 2003.

By /s/ Gary S. Starr
Gary S. Starr
Federal Bar No. ct06038
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Telephone # (860) 251-5501
Fax # (860) 251-5500
gstarr@goodwin.com
Its Attorneys

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Defendants Local Rule 56(a)1 Statement was mailed, postage prepaid, this 15th day of October, 2003, to:


Cynthia Jennings
Counsel for the Plaintiff
211 State Street
2nd Floor
Bridgeport, CT 06604

And to

Attorney Nyle Davey
Office of the Attorney General
State of Connecticut
55 Elm Street, Annex 4th Floor
P. O. Box 120
Hartford, CT 06141

_____
Gary S. Starr

354401 v.01 S4

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385