# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>*PLAINTIFF*, | CIVIL ACTION NO.<br>3:01CV2366 (JCH) |
| v. | |
| LISA MARIE BIGELOW, *In Her Individual Capacity,*<br>*DEFENDANT.* | OCTOBER 9, 2003 |

## DEFENDANT BIGELOW'S MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. Proc. Rule 26(c), Lisa Marie Bigelow, *in her individual capacity* hereby moves the Court, the Honorable Janet C. Hall, United States District Judge, to enter an order:

1. Permitting the defendant to file under seal a document that has been identified as Exh. 9 of the Deposition of Sakkara Bogle Assegai and is a true and accurate copy of the high school transcript produced by the Board of Education of the Town of Bloomfield; and

2. Directing the Clerk of the Court to maintain said filing under seal with access limited to the parties and excluding access to all non-parties.

Further in support thereof, the defendant declares that:

1. Educational records are privileged and not otherwise considered to be within the public domain.

---

Oral Argument Not Requested.
Testimony Not Required.

[Handwritten annotations in margins: "Motion granted. Defendant is directed to file the document under seal. So Ordered. Judy 10/15/03"]

2. The plaintiff authorized, under Court Order, access to her educational records and the defendant acquired a copy of the plaintiff's high school transcript. Said document was marked for identification during her deposition as Exh. 9. The parties already have copies in their possession.

3. Non-party access to the detailed transcript serves no public purpose and the pending litigation can proceeding to conclusion without placing said document within the public domain.

4. Attorney Addo of the Barrister Law Group reported making a good faith effort to contact Attorney Jennings, who as the Court may recall, is on vacation this week. Attorney Addo was not able to reach Attorney Jennings. Therefore, no position is taken by the plaintiff at this time.

5. Attorney Yoder of Shipman & Goodwin consent to this motion.

So moved, this 9th day of October, 2003.

                          **DEFENDANT**

                          LISA MARIE BIGELOW,
                          *In Her Individual Capacity*

                          RICHARD BLUMENTHAL
                          ATTORNEY GENERAL

BY: _____
                          Nyle K. Davey
                          Assistant Attorney General
                          Federal Bar No. ct07736
                          55 Elm Street (Annex 3rd Floor)
                          P.O. Box 120
                          Hartford, CT  06141-0120
                          Tel: (860) 808-5160
                          Fax: (860) 808-5384 E-mail:
                          nyle.davey@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant Bigelow's Motion for Protective Order was mailed this 9th day of October, 2003, mail, postage prepaid, to counsel for the plaintiff:

Cynthia R. Jennings
Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

A copy was mailed to counsel for CREC and O'Donnell:

Linda Yoder
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

In addition, a courtesy copy was hand delivered this day to the Chambers of:

The Honorable Janet C. Hall
United States District Judge
United States District Court
915 LaFayette Boulevard
Bridgeport, CT 06604

Nyle K. Davey
Commissioner of Superior Court