# United States District Court FILED
## DISTRICT OF CONNECTICUT

2003 NOV -3  A 10: 37

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>**Plaintiff**<br><br>v.<br><br>CENTRAL CONNECTICUT STATE<br>UNIVERSITY, ET AL<br>**Defendants**<br><br>-and-<br><br>SAKKARA BOGLE-ASSEGAI<br>**Plaintiff**<br><br>V.<br><br>CAPITOL REGION EDUCATION COUNCIL,<br>ET AL<br>**Defendants** | CASE NO.<br>301CV2366(JCH)<br><br><br><br><br><br><br><br>CASE NO.<br>301CV2367(JCH)<br><br><br><br><br><br>October 29, 2003 |

### PLAINTIFF'S MOTION FOR EXTENSIOIN OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended for an additional thirty days from October 31st 2003, to December 1, 2003. This extension of time is necessitated by: (1) the intense press of business compressed within a very narrow window.

This is Plaintiff's first request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Counsel for Defendants' had no opposition to this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

> PLAINTIFF
> SAKKARA BOGLE-ASSEGAI
>
> By: _____
> CYNTHIA R. JENNINGS, ESQ., (CT21797)
> THE BARRISTER LAW GROUP, LLC.,
> 211 State Street, 2nd Floor
> Bridgeport, CT 06604
> Tel: 203-362-1230
> Fax: 203-368-6985
> Email: Cynthia.Jennings@sbcglobal.net

## CERTIFICATION

This is to certify that a copy of the forgoing was sent by first class U.S. mail on October 29, 2003, on Counsel for Defendants, Central Connecticut State University, et al., and Capital Region Education Council, et al., as follows:

Nyle K. Davey
Assistant Attorney General
STATE ATTORNEY GENERAL'S OFFICE
55 Elm Street
P.O. BOX 120
Hartford, CT 06141-0120

Linda L. Yoder, Esq.,
Sharon Sloan Koziol, Esq.,
Shipman & Goodwin, LLP
One American Row
Hartford, Connecticut 06103-2819

By: _____
CYNTHIA R. JENNINGS, ESQ.,