2003 OCT 29 A 10: 30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI *PLAINTIFF*, | : : : | CIVIL ACTION NO. 3:01CV2366 (JCH) |
| v. | : : | |
| LISA MARIE BIGELOW, *In Her Individual Capacity*, *DEFENDANT*. | : : : | OCTOBER 29, 2003 |

### DEFENDANT BIGELOW'S
### MOTION FOR SUMMARY JUDGMENT SUPPLEMENT
### WITH DOCUMENT UNDER SEAL

Pursuant to D. Conn. L.Civ. R. 5(d)(1), Lisa Marie Bigelow, *in her individual capacity* and as the only remaining defendant, hereby files a supplement to her motion for summary judgment with a document under seal as directed by the Order of the Honorable Janet C. Hall, U.S.D.J., entered on October 15, 2003 (Doc. No. 68 granting [61] Motion) by filing as attached hereto a copy of said order (Attachment A) and a sealed envelope (Attachment B), clearly marked "**FILED UNDER SEAL**" and containing a copy of the Plaintiff's Bloomfield High School transcript (one page).

As allowed by D.Conn. L. Civ. R. 5(d)(1), the Defendant sought and was granted permission to file said document under seal prior to actually it.  Said

document, now being filed under seal, was referenced as Attachment C (Exh. 9) in the Defendant's Motion for Summary Judgment, its supporting memorandum, the Local Rule 56(a)(1) Statement, and supporting affidavits, documents that were filed on October 10, 2003 (Doc. Nos. 58-60). Said educational record provides supplemental support to matters presented in the Defendant's Motion for Summary Judgment, its attending memorandum, the Local Rule 56(a)(1) Statement, and supporting affidavits; and in addition thereto.

So filed, as directed, this 29th day of October, 2003.

**DEFENDANT**

LISA MARIE BIGELOW,
*In Her Individual Capacity*

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Nyle K. Davey
Assistant Attorney General
Federal Bar No. ct07736
55 Elm Street (Annex 3rd Floor)
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5160
Fax: (860) 808-5384
E-mail: nyle.davey@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendant Bigelow's Motion for Summary Judgment Supplement With Document Under Seal (including a copy of the matter filed herewith under seal) was mailed this 29th day of October, 2003, mail, postage prepaid, to counsel for the plaintiff:

Cynthia R. Jennings
Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

A copy (including a copy of the matter filed herewith under seal) was mailed to counsel for CREC and O'Donnell:

Linda Yoder
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

In addition, a courtesy copy (without a copy of the matter filed herewith under seal) was mailed this day to the Chambers of:

The Honorable Janet C. Hall
United States District Judge
United States District Court
915 LaFayette Boulevard
Bridgeport, CT 06604

In addition, a "pdf" electronic copy of this document and Attachment A is being provided to the Clerk of the Court. Attachment B was not included in the electronic copy.

_____
Nyle K. Davey
Commissioner of Superior Court

*Motion granted. Defendant is directed to file the document under seal. So ordered.* /s/ *Janet Hall* July 19, '03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>*PLAINTIFF*,<br><br>v.<br><br>LISA MARIE BIGELOW, *In Her Individual Capacity*,<br>*DEFENDANT*. | CIVIL ACTION NO.<br>3:01CV2366 (JCH)<br><br><br><br>OCTOBER 9, 2003 |

### DEFENDANT BIGELOW'S MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. Proc. Rule 26(c), Lisa Marie Bigelow, *in her individual capacity* hereby moves the Court, the Honorable Janet C. Hall, United States District Judge, to enter an order:

1.  Permitting the defendant to file under seal a document that has been identified as Exh. 9 of the Deposition of Sakkara Bogle Assegai and is a true and accurate copy of the high school transcript produced by the Board of Education of the Town of Bloomfield; and

2.  Directing the Clerk of the Court to maintain said filing under seal with access limited to the parties and excluding access to all non-parties.

Further in support thereof, the defendant declares that:

1.  Educational records are privileged and not otherwise considered to be within the public domain.

---

Oral Argument Not Requested.
Testimony Not Required.

ATTACHMENT A



**STATE OF CONNECTICUT**
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET
P.O. BOX 120
HARTFORD, CT 06141-0120

3:01cv 2366

DOCUMENT FILED UNDER SEAL

Assistant Attorney General Nyle Davey

DOCUMENT
FILED
UNDER
SEAL

ATTACHMENT
B

DOCUMENT
FILED
UNDER
SEAL



QUALITY PARK
9 x 12