# United States District Court
## DISTRICT OF CONNECTICUT

FILED
2003 NOV -3 A 10: 37
US DISTRICT COURT
BRIDGEPORT CT

# 69

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI <br> **Plaintiff** | CASE NO. <br> 301CV2366(JCH) |
| v. | |
| CENTRAL CONNECTICUT STATE UNIVERSITY, ET AL <br> **Defendants** | |
| -and- | |
| SAKKARA BOGLE-ASSEGAI <br> **Plaintiff** | CASE NO. <br> 301CV2367(JCH) |
| v. | |
| CAPITOL REGION EDUCATION COUNCIL, ET AL <br> **Defendants** | October 29, 2003 |

MOTION GRANTED.
SO ORDERED.

## PLAINTIFF'S MOTION FOR EXTENSIOIN OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended for an additional thirty days from October 31st 2003, to December 1, 2003. This extension of time is necessitated by: (1) the intense press of business compressed within a very narrow window.