# United States District Court
## DISTRICT OF CONNECTICUT

FILED

2003 DEC -5  P 2: 47

US D[...]

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>**Plaintiff**<br><br>v.<br><br>CENTRAL CONNECTICUT STATE<br>UNIVERSITY, ET AL<br>**Defendants**<br><br>-and-<br><br>SAKKARA BOGLE-ASSEGAI<br>**Plaintiff**<br><br>V.<br><br>CAPITOL REGION EDUCATION COUNCIL,<br>ET AL<br>**Defendants** | CASE NO.<br>301CV2366(JCH)<br><br><br><br><br><br><br><br>CASE NO.<br>301CV2367(JCH)<br><br><br><br><br><br><br>November 26, 2003 |

## PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended for an additional fifteen days from December 1, 2003, and December 7, 2003, respectively to December 15, 2003, for both. This extension of time is necessitated by: (1) the demands or deposition schedules, the holidays and the unavailability of a full compliment of legal staff.

This is Plaintiff's second request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Counsel for Defendants' had no opposition to this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

        PLAINTIFF
        SAKKARA BOGLE-ASSEGAI

By: _____
CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-362-1230
Fax: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net

## CERTIFICATION

This is to certify that a copy of the forgoing was sent by first class U.S. mail on November 26, 2003, on Counsel for Defendants, Central Connecticut State University, et al., and Capital Region Education Council, et al., as follows:

Nyle K. Davey
Assistant Attorney General
STATE ATTORNEY GENERAL'S OFFICE
55 Elm Street
P.O. BOX 120
Hartford, CT 06141-0120

Linda L. Yoder, Esq.,
Sharon Sloan Koziol, Esq.,
Shipman & Goodwin, LLP
One American Row
Hartford, Connecticut 06103-2819

By: _____
CYNTHIA R. JENNINGS, ESQ.,