# United States District Court
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>**Plaintiff** | CASE NO.<br>301CV2366(JCH) |
| v. | |
| CENTRAL CONNECTICUT STATE<br>UNIVERSITY, ET AL<br>**Defendants** | |
| -and- | |
| SAKKARA BOGLE-ASSEGAI<br>**Plaintiff** | CASE NO.<br>301CV2367(JCH) |
| V. | |
| CAPITOL REGION EDUCATION COUNCIL,<br>ET AL<br>**Defendants** | November 26, 2003 |

### PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended for an additional fifteen days from December 1, 2003, and December 7, 2003, respectively to December 15, 2003, for both. This extension of time is necessitated by: (1) the demands or deposition schedules, the holidays and the unavailability of a full compliment of legal staff.