#74

01CV2366 MEXTTIME

# United States District Court
## DISTRICT OF CONNECTICUT

FILED
2003 DEC 18 P 12: 55
US DIS[T]

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>**Plaintiff**<br><br>V.<br><br>CENTRAL CONNECTICUT STATE<br>UNIVERSITY, ET AL<br>**Defendants**<br><br>-and-<br><br>SAKKARA BOGLE-ASSEGAI<br>**Plaintiff**<br><br>V.<br><br>CAPITOL REGION EDUCATION COUNCIL,<br>ET AL<br>**Defendants** | CASE NO.<br>301CV2366(JCH)<br><br><br><br><br><br><br><br><br>CASE NO.<br>301CV2367(JCH)<br><br><br><br><br><br><br>December 12, 2003 |

Motion Granted. So Ordered. 12/30/03

## PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended for an additional fifteen days from December 15, 2003, for both responses to January 5, 2004, for both. This extension of time is

CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport, CT 06604
Tel: 203-362-1230 ~ Fax: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net