# United States District Court
### DISTRICT OF CONNECTICUT

2003 DEC 23 A 8:55

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>**Plaintiff**<br>v.<br>CENTRAL CONNECTICUT STATE UNIVERSITY, ET AL<br>**Defendants**<br>-and-<br>SAKKARA BOGLE-ASSEGAI<br>**Plaintiff**<br>v.<br>CAPITOL REGION EDUCATION COUNCIL, ET AL<br>**Defendants** | CASE NO.<br>301CV2366(JCH)<br>LEAD<br><br><br><br>CASE NO.<br>301CV2367(JCH)<br><br><br><br>December 19, 2003 |

*[Handwritten annotations: "#75"; "C1CV2366motextime"; "copy 10/31/03"; "Motion is granted. There will be no further extensions granted. (1) SO ORDERED."]*

### PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended until February 15, 2003, from January 5, 2004, for both. This extension of time is necessitated by: (1) the fact that counsel will be on

CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport, CT 06604
Tel: 203-362-1230 ~ Fax: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net