FILED

2004 FEB 17 P 3:02

US DISTRICT [COURT]
BRIDGEPORT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>**PLAINTIFF**, | CIVIL ACTION NOS.<br>301CV2366(JCH) |
| V. | 301CV2367(JCH) |
| LISA MARIE BIGELOW,<br>In her individual capacity, | |
| And | |
| MARK O'DONNELL<br>In his individual capacity<br>**DEFENDANTS,** | FEBRUARY 16, 2004 |

## PLAINTIFF'S MOTION TO FILE A JOINT RESPONSE IN OPPOSITION TO DEFENDANT BIGELOW AND DEFENDANT O'DONNELL'S LOCAL RULE 56(A) 1 STATEMENT OF UNDISPUTED FACT AND DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. Rule 56(a) and Local Rule 9(c) Plaintiff hereby move the Court, the Honorable Janet C. Hall, United States District Judge, to deny Defendant Bigelow and Defendant O'Donnell's Motion for Summary Judgment on each and every claim for relief based upon Plaintiff's Local 9(c) Statement of

**ORAL ARGUMENT REQUESTED**

**TESTIMONY REQUIRED**

1

Cynthia R. Jennings, Esq. (ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street - Bridgeport, CT 06604
(203) 334-4800 (O) - (203) 368-6985 (Fax)
cynthia.jennings@sbcglobal.net

Material Facts in Dispute and exhibits as presented, for the reasons stated in Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

In addition, for purposes of judicial economy Plaintiff begs the Court to allow her the latitude to exercise some expedience in responding to Defendant Bigelow and Defendant O'Donnell's Motion for Summary Judgment, such that unnecessary repetition and duplication will be avoided. The Capital Region Education Council ("CREC") has asked that the extensive filings of Lisa Marie Bigelow be adopted as if they were set forth on behalf of CREC and Dr. Mark O'Donnell.

Plaintiff has no objection to this request, despite not being consulted, but would again beg the indulgence of the Court to accept Plaintiff's Local Rule 9(c )2 Statement and Plaintiff's Memorandum of Law in Opposition to Defendants Motion for Summary Judgment as being responsive to both Lisa Bigelow and Dr. Mark O'Donnell's, Local Rule 56(a)1 Statement of Undisputed Facts, and their joint Motion for Summary Judgment.

FOR PLAINTIFF - Sakkara Bogle-Assegai

By _____
Cynthia R. Jennings, Esq. (ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street - Bridgeport, CT 06604
(203) 334-4800 (O) - (203) 368-6985 (Fax)
cynthia.jennings@sbcglobal.net

2

## CERTIFICATION

This is to certify that the above Request to file a Joint response to Defendant's Motion for Summary Judgment was mailed by first class mail to the following attorneys on February 16, 2004:


Nyle K. Davey,
Assistant Attorney General
Attorney General's Office
55 Elm Street (Annex 3rd Floor)
P.O. Box 120
Hartford, CT 06141-0120

Linda Yoder
Gary Starr
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

The Honorable Janet C. Hall
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604


Cynthia R. Jennings, Esq.

3