**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI | : | CIVIL ACTION NO. |
|     *PLAINTIFF*, | : | 3:01CV2366 (EBB) |
| | : | |
|     v. | : | |
| | : | |
| LISA MARIE BIGELOW, *In Her Individual Capacity*, | : | |
|     *DEFENDANT*. | : | |

and

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI | : | CIVIL ACTION NO. |
|     *PLAINTIFF*, | : | 3:01CV2367 (EBB) |
| | : | |
|     v. | : | |
| | : | |
| MARK O'DONNELL, *In His Individual Capacity*, | : | |
|     *DEFENDANT*. | : | February 27, 2004 |

**DEFENDANT BIGELOW'S CONSENT TO CONSOLIDATED FIILING**

Defendant Lisa Marie Bigelow, *in her individual capacity,* hereby gives notice of her consent to the Court, the Honorable Ellen Bree Burns, United States District Judge, as to the Plaintiff's Motion [Dkt. No. 78] for Leave to File Memorandum in Opposition to Motion for Summer Judgment, dated February 17, 2004, and that was accompanied by that filing and her Local Rule 56(a)2 Statement.  The Plaintiff requests permission to file a single brief in the consolidated matters captioned above.  Docketing has been pending.

On January 16, 2003, by the Honorable Janet C. Hall, United States District Judge, consolidated the cases and designated the lead case as 3:01cv2366.  All subsequent filings have been under this docket number.

Thereafter, on February 25, 2004, the consolidated action was reassigned to the Honorable Ellen Bree Burns, United States District Judge [Dkt. No. 25].

On the same day, the plaintiff filed a Motion to Extend the Time For Plaintiff to File the Correct Memorandum of Law in Opposition to the Defendant's Motion for Summary Judgment. [Dkt. No. --].  Under separate cover, Defendant Bigelow is concurrently filing an objection to the Plaintiff's Motion to Extend Time.

Therefore, the Court should grant the Motion for Leave [Dkt. No. 78], order the docketing of the Plaintiff's memorandum dated February 17, 2004, and order the Defendant's Reply be filed in accordance with D. Conn. L. R. 7(d) based on the date of the docketing by the Clerk.

So filed, this 27th day of February, 2004.

**DEFENDANT**

LISA MARIE BIGELOW,
*In Her Individual Capacity*

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: \_\_\_\_\_/S/_____
Nyle K. Davey
Assistant Attorney General
Federal Bar No.  ct07736
55 Elm Street (Annex 3rd Floor)
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5160
Fax: (860) 808-5384
E-mail: nyle.davey@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant Bigelow's Consent to Consolidated Filing was mailed this 27th day of February, 2004, mail, postage prepaid, to counsel for the plaintiff:

> Cynthia R. Jennings
> Barrister Law Group, LLC
> 211 State Street, 2nd Floor
> Bridgeport, CT 06604

A copy was mailed to counsel for CREC and O'Donnell:

> Linda Yoder
> Shipman & Goodwin, LLP
> One American Row
> Hartford, CT 06103-2819

In addition, a courtesy copy was hand delivered this day to the Chambers of:

> The Honorable Ellen Bree Burns
> United States District Judge
> United States District Court
> 141 Church Street
> New Haven, CT 066510

\_\_\_\_/S/_____
Nyle K. Davey
Commissioner of Superior Court