# United States District Court
## DISTRICT OF CONNECTICUT

FILED

2004 FEB 25  P 2: 03

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>**Plaintiff** | CASE NO.<br>301CV2366(JCH) |
| v. | |
| LISA MARIE BIGELOW<br>In her individual capacity,<br>**Defendant** | |
| -and- | |
| SAKKARA BOGLE-ASSEGAI<br>**Plaintiff** | CASE NO.<br>301CV2367(JCH) |
| V. | |
| MARK O'DONNELL<br>In his individual capacity,<br>**Defendants** | February 25, 2004 |

### MOTION TO EXTENT THE TIME FOR PLAINTIFF TO FILE THE CORRECT MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Fed. R. of Civ. Procedure, Plaintiff begs leave of the court to extent the date of filing for Plaintiff's opposition to Summary Judgment to permit Plaintiff to file the correct Memorandum of Law in Opposition to Defendant's Motion for Summary judgment. The incorrect Memorandum was inadvertently filed on February 17, 2004. The correct document accompanies this motion.

Defendant's counsel were contacted and have expressed no opposition to this filing.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

        PLAINTIFF
        SAKKARA BOGLE-ASSEGAI

By: _____
CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-362-1230
Fax: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net

## **CERTIFICATION**

This is to certify that a copy of the forgoing was sent by first class U.S. mail on February 25, 2004, to Counsel for Defendants, Lisa Marie Bigelow and Dr. Mark O'Donnell, as follows:

Nyle K. Davey
Assistant Attorney General
STATE ATTORNEY GENERAL'S OFFICE
55 Elm Street
P.O. BOX 120
Hartford, CT 06141-0120

Linda L. Yoder, Esq.,
Gary Starr, Esq.,
Shipman & Goodwin, LLP
One American Row
Hartford, Connecticut 06103-2819

By: _____
CYNTHIA R. JENNINGS, ESQ.,