# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br>**PLAINTIFF**, | CIVIL ACTION NOS.<br>301CV2366(JCH) |
| V. | 301CV2367(JCH) |
| LISA MARIE BIGELOW,<br>In her individual capacity, | |
| And | |
| MARK O'DONNELL<br>In his individual capacity<br>**DEFENDANTS,** | FEBRUARY 17, 2004 |

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Sakkara Bogle-Assegai, hereby objects to Defendants motion for summary judgment and makes his argument in the accompanying memorandum of law.

PLAINTIFF
SAKKARA BOGLE-ASSEGAI

BY: _____
CYNTHIA R. JENNINGS, ESQ.
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-362-1230  Fax: 203-333-7178
Email: Cynthia.Jennings@sbcglobal.net
Federal Bar No. CT21797

1

## **CERTIFICATION**

This is to certify that the above Motion in Opposition to Defendant's Motion for Summary Judgment was mailed by first class mail to the following attorneys on February 17 2004:

Nyle K. Davey,
Assistant Attorney General
Attorney General's Office
55 Elm Street (Annex 3rd Floor)
P.O. Box 120
Hartford, CT 06141-0120

Linda Yoder
Gary Starr
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

The Honorable Janet C. Hall
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Cynthia R. Jennings, Esq.

2
Cynthia R. Jennings, Esq.,
**THE BARRISTER LAW GROUP, LLC.,**
211 State Street ~ Bridgeport ~ CT 06604
Tel: 203-362-1230 ~ Fax: 203-333-7178 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797