# United States District Court
## DISTRICT OF CONNECTICUT

FILED

2004 FEB 25  P 2: 03

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI **Plaintiff** | CASE NO. 301CV2366(JCH) |
| v. | |
| LISA MARIE BIGELOW In her individual capacity, **Defendant** | |
| -and- | |
| SAKKARA BOGLE-ASSEGAI **Plaintiff** | CASE NO. 301CV2367(JCH) |
| v. | |
| MARK O'DONNELL In his individual capacity, **Defendants** | February 2  2004 |

### MOTION TO EXTENT THE TIME FOR PLAINTIFF TO FILE TH[E] CORRECT MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Fed. R. of Civ. Procedure, Plaintiff begs leave of the court to extent the date of filing for Plaintiff's opposition to Summary Judgment to permit Plaintiff to file the correct Memorandum of Law in Opposition to Defendant's Motion for Summary judgment. The incorrect Memorandum was inadvertently filed on February 17, 2004. The correct document accompanies this motion.

[Handwritten margin notes: 3/11/04 — The motion is denied. Judge has found no further extension would be granted.]