# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

# APPEARANCE

CASE NUMBER: 301CV2367(JCH)

FILED
SEP 16   3 47 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**To the Clerk of this court and all parties of record:**

**Enter my appearance as** a "pro se" litigant in this case for Plaintiff:

SAKKARA BOGLE - ASSEGAI, NEXT FRIEND
FEMI BOGLE - ASSEGAI

VS.

CAPITAL REGION EDUCATION COUNCIL(CREC) et al

JANUARY 3, 2003
Date

Signature

NONE
Connecticut Federal Bar Number

FEMI BOGLE ASSEGAI
Print Clearly or Type Name

203-334-4800
Telephone Number

211 STATE STREET,
Address

203-333-7178
Fax Number

THE BARRISTER LAW GROUP, LLC.,
BRIDGEPORT, CT 06604

fbassegai@barristerlawgroup.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24