# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SAKKARA BOGLE-ASSEGAI

     v.                                           Civil No.  3:01cv2366(EBB)

CENTRAL CONNECTICUT STATE
UNIVERSITY AND LISA MARIE BIGELOW,
IN HER INDIVIDUAL AND OFFICIAL CAPACITY

SAKKARA BOGLE–ASSEGAI

     v.                                           Civil No.  3:01cv2367(EBB)

CAPITOL REGION EDUCATION
COUNSEL AND MARK D. O'DONNELL,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES

## **JUDGMENT**

     This matter came on for consideration on defendant Lisa Marie Bigelow, Capitol Region Education Counsel, and Mark D. O'Donnell's motions for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

     The Court has reviewed all of the papers filed in conjunction with the motions, and on February 10, 2005, a Ruling on Defendants' Motions for Summary Judgment entered granting the relief.  On February 10, 2003, the Honorable Janet C. Hall, United States District Judge, issued a Ruling on Motion to Dismiss, granting the relief in part and dismissing Central Connecticut State University and Lisa Bigelow, in her official capacity only.

EOD: _____

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 14th day of February, 2005.

KEVIN F. ROWE, CLERK
By
_____/s/_____
Melissa Ruocco
Deputy Clerk