UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI,<br>*Plaintiff* | : <br> : <br> : <br> : <br> : <br> : | Consolidated<br>CIVIL ACTION NO.<br>3:01CV2366 (EBB)<br>(Lead Case) |
| v. | | |
| LISA MARIE BIGELOW, In Her Individual Capacity,<br>*Defendant* | : | |

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI, By Next Friend<br>Femi Bogle Assegai | : <br> : <br> : | |
| v. | : | 3:01-CV-2367 (EBB) |
| CAPITOL REGION EDUCATION COUNCIL and<br>MARK D. O'DONNELL, in his Official and Individual<br>Capacities | : <br> : <br> : | FEBRUARY 17, 2005 |

**APPEARANCE**

Please enter my appearance as counsel for the State of Connecticut, Central Connecticut State University.

The appearance is dated at Hartford, Connecticut, on the 17th day of February 2005.

DEFENDANT
CENTRAL CONNECTICUT
STATE UNIVERSITY


BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____
Linsley J. Barbato
Assistant Attorney General
Federal Bar No. ct 03751
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5160
Facsimile: (860) 808-5384
E-mail: linsley.barbato@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing appearance was mailed this 17th day of February, 2005, postage prepaid, to counsel for the plaintiff:

Cynthia R. Jennings
Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

A copy was mailed to counsel for CREC and O'Donnell:

Linda Yoder
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

In addition, a courtesy copy was provided to the Chambers of:

The Honorable Ellen Bree Burns
United States District Judge
United States District Court
141 Church Street
New Haven, CT 06510

Linsley J. Barbato
Assistant Attorney General