UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI,<br>*Plaintiff* | : <br> : <br> : | Consolidated<br>CIVIL ACTION NO.<br>3:01CV2366 (EBB) |
| v. | : | (Lead Case) |
| | : | |
| LISA MARIE BIGELOW, In Her Individual Capacity,<br>*Defendant* | : | |

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI, By Next Friend<br>Femi Bogle Assegai | : <br> : <br> : | |
| v. | : | 3:01-CV-2367 (EBB) |
| | : | |
| CAPITOL REGION EDUCATION COUNCIL and<br>MARK D. O'DONNELL, in his Official and Individual<br>Capacities | : <br> : <br> : | FEBRUARY 17, 2005 |

STATE OF CONNECTICUT'S
MOTION TO CORRECT PART OF COURT'S RULING

The state respectfully requests that the Court make a limited amendment to its February 10, 2005 ruling on defendants' motions for summary judgment to omit its finding that defendants CREC, a regional education service center ("RESC"), and CREC employee Mark O'Donnell were arms of the State of Connecticut and entitled to the same immunity as the state.

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

The state makes this request so the Court's decision will be consistent with the very recent decision of the Connecticut Supreme Court, Gordon v. H.N.S. Management Co., Inc., 272 Conn. 81 (2004); the Second Circuit's rule on determining whether an entity acts as an "arm-of-the state;" and the state's position that CREC is not a state entity or arm of the state. *The requested limited amendment will not affect the Court's ultimate decision granting the motions for summary judgment filed by CREC and the state, but will correct the record and eliminate confusion in any future proceedings involving the parties.* In support of this motion the state relies on the accompanying memorandum of law.

        DEFENDANT
        CENTRAL CONNECTICUT
        STATE UNIVERSITY

        BY: RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        _____
        Linsley J. Barbato
        Assistant Attorney General
        Federal Bar No. ct 03751
        55 Elm Street
        P. O. Box 120
        Hartford, CT 06141-0120
        Telephone: (860) 808-5160
        Facsimile: (860) 808-5384
        E-mail: linsley.barbato@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant State's Motion to Correct Ruling was mailed this 17th day of February, 2005, postage prepaid, to counsel for the plaintiff:

Cynthia R. Jennings
Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

A copy was mailed to counsel for CREC and O'Donnell:

Linda Yoder
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

In addition, a courtesy copy was provided to the Chambers of:

The Honorable Ellen Bree Burns
United States District Judge
United States District Court
141 Church Street
New Haven, CT 06510

_____
Linsley J. Barbato
Assistant Attorney General