FILED
2005 FEB 18 P 1:05
U.S. DISTRICT COURT
NEW HAVEN, CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI,<br>*Plaintiff*<br><br>v.<br><br>LISA MARIE BIGELOW, In Her Individual Capacity,<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>: | Consolidated<br>CIVIL ACTION NO.<br>3:01CV2366 (EBB)<br>(Lead Case) |
| SAKKARA BOGLE-ASSEGAI, By Next Friend<br>Femi Bogle Assegai<br><br>v.<br><br>CAPITOL REGION EDUCATION COUNCIL and<br>MARK D. O'DONNELL, in his Official and Individual<br>Capacities | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>3:01-CV-2367 (EBB)<br><br><br><br>FEBRUARY 17, 2005 |

**<u>LIST OF EXHIBITS IN SUPPORT OF STATE OF CONNECTICUT'S MOTION TO CORRECT PART OF COURT'S RULING</u>**

| | |
|---|---|
| Exhibit A | Copies of State of Connecticut Web Pages |
| Exhibit B | Ethics Commission Advisory Opinion No. 90-18 |
| Exhibit C | Affidavit of Mark Stapleton, Chief of the State Department of Education's Office of Legal and Governmental Affairs |
| Exhibit D | 1990 AG Opinion AG LEXIS 25 |
| Exhibit E | 1982 AG Opinion AG LEXIS 103 |
| Exhibit F | 1974 AG Opinion |

Exhibit G CREC Web Pages

Exhibit H Russell v. McKenna, 1998 WL 96314 (Conn. Super. 1998)

Exhibit I Brown v. Area Cooperative Educational Services, Ruling on Motion to Dismiss, 3:02-CV-1218 (WWE) (2003)

**DEFENDANT**
CENTRAL CONNECTICUT
STATE UNIVERSITY

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

Linsley J. Barbato
Assistant Attorney General
Federal Bar No. ct 03751
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5160
Facsimile: (860) 808-5384
E-mail: linsley.barbato@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing List of Exhibits was mailed this 17th day of February, 2005, postage prepaid, to counsel for the plaintiff:

Cynthia R. Jennings
Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

A copy was mailed to counsel for CREC and O'Donnell:

Linda Yoder
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

In addition, a courtesy copy was provided to the Chambers of:

The Honorable Ellen Bree Burns
United States District Judge
United States District Court
141 Church Street
New Haven, CT 06510

Linsley J. Barbato
Assistant Attorney General

CT.gov
STATE OF CONNECTICUT

STATE OF CONNECTICUT
WWW.CT.GOV
ONLINE ACCESS TO GOVERNMENT

EXECUTIVE JUDICIAL LEGISLATIVE ABOUT CT CONTA

CT.gov Search: GO
Advanced Search

» WORKING
» DOING BUSINESS
» LIVING
» LEARNING
» VISITING
» GOVERNMENT

Quick Links

Reading Room

Subscription Center

READY.GOV

CONNECTICUT
FULL OF SURPRISES!

NEED BUSINESS ASSISTANCE?

PHOTO
Gallery

2-1-1
INFOLINE

## Connecticut's Executive Branch of Government

Constitutional Offices | Agencies/Offices | Other Links

### Constitutional Offices

The following is a list of hyperlinks that direct you to the Constitutional O of Connecticut State Government. The duties and terms of these elected represent state government leadership and are defined by the Connecticu Constitution.

- Governor's Office
- Lieutenant Governor's Office
- Secretary of the State
- Treasurer, Office of the State
- Comptroller, Office of the State
- Attorney General, Office of the State

### Agencies/Offices

A | B | C | D | E | FGH | IJK | L | MNO | PQ | RST | UV | WXYZ

Other Agencies and Offices within the Executive branch of Connecticut St Government are listed below with hyperlinks to available websites. You m also use the State Government Telephone Directory for information on hc contact any of these agencies and offices.

- Administrative Services, Department of
- Agricultural Experiment Station, Connecticut
- Agriculture, Department of
- Arts, Connecticut Commission on the
- Banking, Department of
- Blind, Board of Education and Services for the
- Charter Oak College
- Child Advocate, Office of the
- Children and Families, Department of
- Claims Commissioner, Office of the
- Commission on Custody, Divorce, and Children
- Commission for Educational Technology
- Connecticut Community-Technical Colleges
- Connecticut Film, Video, and Media Office
- Connecticut Lottery Corporation



- Connecticut State University System
- Consumer Counsel, Office of
- Consumer Protection, Department of
- Correction, Department of
- Criminal Justice Commission
- Criminal Justice, Division of
- Deaf and Hearing Impaired, State Commission on the
- Development Authority, Connecticut
- Developmental Disabilities, Connecticut Council on
- Disabilities, Office of Protection and Advocacy for Persons with
- Economic and Community Development, Department of
- Education, State Department of
- Elections Enforcement Commission, State
- Emergency Management, Office of
- Environmental Protection, Department of
- Environmental Quality, Council on
- Ethics Commission
- Fire Prevention and Control, Commission on
- Firearms Permit Examiners, Board of
- Freedom of Information Commission
- Gaming Policy Board
- Health Care Access, Office of
- Higher Education, Department of
- Historical Commission - Connecticut Freedom Trail
- Human Rights and Opportunities, Commission on
- Information Technology, Department of
- Insurance, Department of
- Labor, Department of
- Library, Connecticut State
- Managed Care Ombudsman, Office of
- Medical Examiner, Office of the Chief
- Mental Health and Addiction Services, Department of
- Mental Retardation, Department of
- Military Department
- Motor Vehicles, Department of
- Connecticut Board of Pardons and Paroles
- Police Officer Standards and Training Council
- Policy and Management, Office of
- Properties Review Board
- Psychiatric Security Review Board
- Public Defender Services, Division of
- Public Health, Department of
- Public Safety, Department of
- Public Utility Control, Department of
- Public Works, Department of
- Revenue Services, Department of
- Siting Council
- Social Services, Department of
- Soldiers', Sailors' and Marines' Fund
- State Insurance and Risk Management Board
- Special Revenue, Division of
- Teachers' Retirement Board
- Transportation, Department of
- University of Connecticut
- University of Connecticut Health Center

- Veterans Affairs, Department of
- Victim Advocate, Office of the
- Workers' Compensation Commission

---

**Other Links**

The following is a list of hyperlinks that direct you to other links commonl by staff within the State of Connecticut Executive Branch.

- CTN -The Connecticut Network. Coverage of state government deliberations and public policy events via the Internet and on cable public "access" channels throughout Connecticut.
- Core-CT Project Home Page
- FedStats - The gateway to statistics from over 100 U.S. Federal ag
- Federal Consumer Information Center - Have a question about Fed programs, benefits, or services?
- FirstGov - The Federal Government Web Portal designed to provide public with easy, one-stop access to all online U.S. Federal Governr resources.
- National Association of State Chief Information Officers (NASCIO)
- Stateline.org - State policy and initiatives from states across the co
- The White House
- U.S. Bureau of the Census -information on the number, geographic distribution, and social and economic characteristics of the populati including official estimates of income and poverty.

Content Last Modified on 2/1/2005 2:01:54 PM

Printable Version

---

**Home | Send Feedback | Ask A Question**

State of Connecticut Disclaimer, Privacy Policy, and Web Site Accessibility Policy. Copyright © 2002, 2003, 2004, 2005 State of Connecti
Home Page Photos by Jack McConnell.

 

State of Connecticut
Judicial Branch

- Attorneys
- Case Look-up
- Courts
- Directories
- Educational Resources
- E-Services
- FAQ's
- Juror Information
- News and Updates
- Opinions
- Opportunities
- Self-Help
- Home

SEARCH

# Judicial Branch Site Map

## Home

- Contact Us
- Disclaimer
- Disclaimer Regarding Third-Party Websites
- How to use this site
- Linkage Policy
- Privacy Policy
- Related Links
- Search
- Topic Search

## Attorneys

- **About Attorneys**
  - Attorney Look-up
  - Frequently Asked Questions
  - Grievance Decisions
- **For Attorneys**
  - Bar Examining Committee
  - Case List
  - Certificate of Good Standing
  - E-Services
  - Legal Resources
  - Rules of Professional Conduct - PDF

## Case Look-up

- Civil/Family Cases
- Housing Cases
- Small Claims Cases

## Courts

## Educational Resources

- Connecticut Court Curriculum
- Connecticut Court Postcards
- Court Visitation
- History and Role of the Courts
- Kids' Stuff
- Law Libraries
- Law Related Education Resources
- Publications - Spanish Publications
- Speakers' Bureau
- Tour the Supreme Court

## E-Services

- e-filing Frequently Asked Questions
- e-filing Information
- e-filing Introduction
- e-filing Technical Information
- Enroll in E-Services
- E-Services Information
- Log-in
- Overview of E-Services
- Procedures and Technical Standards for E-Services

## Frequently Asked Questions

- About Attorneys
- Child Support
- Court Records
- Crime Victim Services
- e-filing FAQs
- Jury Duty
- Landlord/Tenant
- Representing Yourself
- Small Claims
- Traffic Violations

## Juror Information

- Accommodations
- Attendance Status

- **Supreme and Appellate Courts**
    - Advance Release Opinions
    - Court Term
    - Directions to Appellate Court
    - Directions to the Supreme Court
    - Docket - Assignment for Days
    - Handbook of Connecticut Appellate Procedure
    - Judges of the Appellate Court
    - Justices of the Supreme Court
    - Law Clerk Applications Information
    - Overview of the Supreme Court
    - Supreme Court Justices
    - Tour the Supreme Court
- **Superior Court**
    - Access to the Courts
    - Calendar Notices
    - Court Service Centers
    - Directions to Courts
    - Divisions
    - Family Support Magistrates
    - Fees and Forms
    - Hours of Operation
    - Judges
    - Law Clerk Information
    - Mediation
    - Non-Judicial Officers
    - Public Information Desks
    - Short Calendars
    - Special Sessions
    - Standing Orders
    - Volunteer and Employment Opportunities
    - Where to File a Case
- **Probate Court**
    - Conservatorships (pdf)
    - Court Visitor and Conservatorship Program
    - Directory
    - Estates (pdf)
    - Fees
    - Forms
    - Frequently Asked Questions
    - Guardianship (pdf)
    - History
    - Jurisdiction
    - Parental Rights and Adoption (pdf)

- Directions and Parking
- Frequently Asked Questions
- Jury Duty Handbook (PDF)

## News and Updates

- Job Openings
- Judges' Corner
- News Archives
- Press Releases

## Court Opinions

- Supreme Court opinions
- Appellate Court opinions
- Archive of Supreme Court opinions
- Archive of Appellate Court opinions
- Archive of Memorandum Decisions

## Opportunities

- Bid Opportunities
- Interns/Volunteers
- Job Openings

## Self-Help

- About Attorneys
- Child Support
- Court Forms
- Court Records
- Court Service Centers
- Crime Victim Services
- Landlord/Tenant
- Legal Terms
- Public Information Desks
- Publications - Spanish Publications
- Representing Yourself
- Small Claims
- Traffic Violations
- Where to File

## Directories

- Administrative Divisions
- Family Services
- Family Support Magistrates
- Geographical Areas
- Housing
- Judges
- Judicial Districts
- Juvenile Detention Centers
- Juvenile Matters
- Juvenile Probation
- Law Libraries

  Library Services
  Library Staff, Locations & Hours
  Reference Desk
  Self-Help Materials
  Research Guides
  Search our Catalog
  Connecticut Legal Resources
  Federal Legal Resources
  Doses of Connecticut Legal History
  News you can Use
- Small Claims
- Staff Phone Directory

- State Marshal List

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Disclaimer | Site Map

Copyright © 2005, State of Connecticut Judicial Branch

  

State of Connecticut
Judicial Branch

Supreme and Appellate Courts
Superior Court
Probate Court
Home

SEARCH

## Connecticut Courts

This section provides information on the various functions and operations of our state courts, as well as addresses, phone numbers, and directions to each court location.

Supreme/Appellate Court | Superior Court | Probate Court

Topic Search | Site Map | Contact Us

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Disclaimer

Copyright © 2005, State of Connecticut Judicial Branch

Quick Search by: Bill Number: Year: 2005

Broadcast Media Statutes Committees A - H & I - Z

cga
Connecticut General Assembly

- Search
- Session Information
- House
- Senate
- Legislative References
- Citizen Guide

February, 2005

| S | M | T | W | T |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | | | |

**CGA Today**

Bulletin (2/17)
List Of Bills Passed (2/17
House List Of Bills (2/17)
House Journal (2/16)
House Calendar (2/17)
Senate List Of Bills (2/17
Senate Journal (2/16)
Senate Calendar (2/17)

Contact Webmaster | Disclaimer | Privacy Policy | Site Map | Site Help | External Links | Go to CT.gov | Employment Opportunities

Connecticut General Assembly - Staff Offices Page 1 of 1
Case 3:01-cv-02366-EBB Document 96 Filed 02/18/2005 Page 12 of 15

cga
Quick Search by: Bill Number: Year: 2005 GO
Broadcast Media Statutes Committees A - H & I - Z
Search Session Information House Senate

## Staff Offices

Fiscal Analysis
House Clerk's
Information Technology Services
Legislative Commissioners
Legislative Library
Legislative Management
Legislative Research
Program Review and Investigations
Senate Clerk's
State Capitol Police

Contact Webmaster | Disclaimer | Privacy Policy | Site Map | Site Help | External Links | Go to CT.

http://www.cga.ct.gov/asp/menu/StaffOffices.asp 2/17/2005

Connecticut General Assembly - Commissions Page 1 of 1
Case 3:01-cv-02366-EBB Document 96 Filed 02/18/2005 Page 13 of 15

cga
Quick Search by: Bill Number: Year: 2005 GO
Broadcast Media Statutes Committees A - H & I - Z
Search Session Information House Senate

## Commissions

- African-American Affairs Commission
- Auditors of Public Accounts
- Capitol Child Development Center
- Commission on Children
- Latino and Puerto Rican Affairs Commission
- Law Revision Commission
- Permanent Commission on the Status of Women

Contact Webmaster | Disclaimer | Privacy Policy | Site Map | Site Help | External Links | Go to CT.

http://www.cga.ct.gov/asp/menu/Commissions.asp 2/17/2005

**ADVISORY OPINION NO. 90-18**

***Application Of Conn. Gen. Stat. §1-84b(b) To Representation Of A Regional Educational Service Center By A Former State Employee***

Lisa Doyle Moran, Ethics Commission Staff Attorney II, has asked the Commission whether, under the Code of Ethics for Public Officials, a Bureau Chief at the State Department of Education can accept a position as Executive Director of a Regional Educational Service Center ("RESC"), and then represent the RESC before his or her former agency within a year after leaving state service.

Under Connecticut General Statute §1-84b(b), no former state employee "shall, for one year after leaving state service, represent anyone, other than the state, for compensation before the department...in which he served at the time of his termination of service, concerning any matter in which the state has a substantial interest." The threshold issue here is whether, by representing a RESC, the former state employee is representing "anyone other than the state."

The establishment of a RESC is authorized by state statute. Conn. Gen. Stat. §10-66a et seq. RESCs are formed by local boards of education to address certain educational needs. Under §10-66c(a), the board of a RESC "shall be a public educational authority acting on behalf of the state of Connecticut." The legislative history reveals that the language "acting on behalf of the state of Connecticut" was added in 1987 in order to accord the RESCs tax-exempt status and thus assure their ability to borrow funds. Conn. Jt. Standing Committee Hearings, Education, Pt. 3, 1987 Session, pp 810-811. Furthermore, the intent of other language added in 1987 was to ensure that a RESC is considered a separate legal entity. 30 H.R. Proc., Pt. 24, 1987 Session, p. 8830. RESCs own land and buildings and other "independent assets." Id., p. 8830.

State statutes do provide certain limits and controls on the existence and authority of the RESCs. For example, a RESC's plan of organization and operation must be approved by the state board of education, and reviewed triennially by the board for the purposes of the RESC's continued approval. Conn. Gen. Stat. §§10-66a, 10-66h. However, the salaries of RESC employees are paid by the RESC itself; they are not on the state payroll. Also, although RESCs do receive state funding, their operations are not appropriated for in the legislative budget.

Another significant difference between a RESC and a state agency is that RESC employees are not subject to the Code of Ethics for Public Officials. The purpose of the exemption in §1-84b(b) is to allow a state employee who has moved from one state agency to another to represent the new employer before the old. The representation is acceptable because the employee is still covered by the Code of Ethics. No such safeguard is present in the case of a state employee who leaves to work for a RESC.

In short, although RESCs serve a public function, they are separate legal entities, not state agencies. Therefore, representation of a RESC is not representation of the state, and, under Conn. Gen. Stat. §1-84b(b), a former state employee may not represent a RESC, for compensation before his or her former agency within a year after leaving state service.

EXHIBIT B

Attorney Moran has also asked whether the following activities of the former Department of Education Bureau Chief would constitute prohibited "representation" under §1-84b(b):

1. Signing certifications which state that the RESC has expended money in a proper manner;
2. Attending monthly meetings of all RESC directors, held with a deputy commissioner of the Department of Education.

Taking the questions in order, in signing the certifications, the former state employee/current RESC director certifies that the expenditures made by the RESC in its implementation of a grant awarded by the state are proper and valid expenditures. The Commission has consistently held that the restrictions of §1-84b(b) apply in situations where discretionary authority is exercised by the State. See Ethics Commission Advisory Opinion No. 88-15, 50 Conn. L.J. 15, p. 3D (October 11, 1988). It must be assumed that the certification is not just a rote act, but rather represents a true evaluation of the validity of the RESC's expenditures. Since the certification is made to assure the State that the funds were properly spent, it provides an opportunity for the former state employee's new employer to benefit improperly, however unintentionally, as a result of the ex-employee's contact with the Department of Education. Therefore, he or she should not sign such certifications within one year after leaving state service.

With regard to attendance at monthly meetings with a deputy commissioner of the Department of Education, the Commission has carved out a narrow exception to the definition of "representation", if the former state employee's contact with his or her former agency is limited to purely technical, nondiscretionary matters no longer at issue between the State and the private employer. For example, a former systems analyst may have limited contact with her former agency regarding technical implementation of a contract awarded to her new employer, provided that her contact is strictly confined to the technical work. Ethics Commission Advisory Opinion No. 88-15, supra. In that case, the contract involved the institution of an Automated Budget System and a Capitol Budget System at the State Office of Policy and Management, the analyst's former agency. Generally, however, a former state employee cannot attend a meeting at her former agency as a representative of a new employer with regard to matters of specific interest to the private employer. See Declaratory Ruling No. 90-A (January 8, 1990). Therefore, since the former state employee is now employed as the RESC's executive director, his or her representation of the RESC at department meetings is inappropriate and should not take place within a year after leaving state service.

By order of the Commission,

Rabbi Michael Menitoff
Chairperson