UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI | : | Consolidated |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01cv2366 (EBB) |
| , | : | (Lead Case) |
| v. | : | |
| | : | |
| LISA MARIE BIGELOW, In Her Individual | : | |
| Capacity | : | |
| Defendant. | : | |

_____

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI, By Next Friend | : | |
| Femi Bogle-Assegai | : | |
| | : | |
| v. | : | 3:01CV2367 (EBB) |
| | : | |
| CAPITOL REGION EDUCATION COUNCIL | : | |
| and MARK O'DONNELL, in his Official and | : | |
| Individual Capacities | : | MARCH 10, 2005 |

DEFENDANT CAPITOL REGION EDUCATION COUNCIL'S
RESPONSE TO STATE OF CONNECTICUT'S
MOTION TO CORRECT PART OF COURT'S RULING

The defendant Capitol Region Education Council ("CREC") submits this

memorandum in response to the Motion by the State of Connecticut to correct the record.

In essence, the State belatedly is attempting to raise factual issues regarding CREC's claim

that it is entitled to immunity.[1]  Because these issues were not raised in a timely fashion, CREC is entitled to summary judgment in its favor.

It appears that the State is concerned that this Court's decision will have an adverse impact on the State in some future case in which it is adverse to CREC.  However, this Court's ruling would not and does not prevent the State from timely raising its claims in other cases in which the issue is completely and timely litigated.  The Court may choose to explicitly limit the effect of its ruling to the facts of this case, which were not disputed prior to the filing of the motion to correct.

Moreover, since it is clear from the Court's ruling that CREC also was entitled to summary judgment on the merits, there is an alternative ground for the Court's decision. The same reasoning that applied to Dr. O'Donnell applies to his employer.  Therefore, if the Court decides to permit the State to belatedly raise factual claims regarding CREC's defense of sovereign immunity, CREC requests that the Court grant CREC's motion for summary judgment on the merits of the plaintiff's claims and for the same reasons that summary judgment was granted in favor of the individual defendant, Dr. O'Donnell. Notwithstanding the State's belated attempt to raise a question of CREC's status with

---

[1] Surprisingly, the State is raising issues that are unrelated to the claims against it.  The State has no cross claim against its co-defendant.

2

respect to sovereign immunity, there remain compelling reasons to grant summary judgment in CREC's favor on the merits.[2]

DEFENDANT,
Capitol Region Education Council

By _____
Linda L. Yoder
Federal Bar No. ct01599
Gary S. Starr
Federal Bar No. ct06038
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5214
Their Attorneys

---

[2] In these circumstances, the Court could remove from the decision any ruling on the sovereign immunity issue without prejudice to CREC's right to conduct discovery and pursue that issue in the event that there are further proceedings on the merits. The State is not entitled to a ruling on the merits of the sovereign immunity defense when CREC has not been afforded a full and fair opportunity to contest those factual allegations.

3

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Defendant Capitol Region Education Council's Response to State of Connecticut's Motion to Correct Part of Court's Ruling was mailed, via U.S. Mail, this 10th day of March, 2005, to:

Attorney Cynthia R. Jennings
Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

Attorney Linsley J. Barbato
Assistant Attorney General
State of Connecticut
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120

Attorney Nyle Davey
Office of the Attorney General
State of Connecticut
55 Elm Street, Annex 4th Floor
P. O. Box 120
Hartford, CT 06141-0120

In addition, a courtesy copy was provided to the Chambers of:

The Honorable Ellen Bree Burns
United States District Judge
United States District Court
141 Church Street
New Haven, CT 06510

Gary S. Starr

396924 v.01

4