# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2005 MAR 14 P 2:38
U.S. DISTRICT COURT
NEW HAVEN, CT

SAKKARA BOGLE-ASSEGAI

v.

CENTRAL CONNECTICUT STATE UNIVERSITY, ET AL
AND, CAPITOL REGION EDUCATION COUNCIL, ET AL

CIVIL CASE NO. 3:01CV2366(EBB)
3:01CV2367(EBB)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), SAKKARA BOGLE-ASSEGAI hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

_____

_____

_____

2. The Judgment /Order in this action was entered on FEBRUARY 14, 2005
(date)

_____
Signature

CYNTHIA R. JENNINGS, ESQ.,
Print Name
THE BARRISTER LAW GROUP, LLC,
211 STATE STREET, 2ND FLOOR
BRIDGEPORT, CT. 06604.
Address

Date: 3-11-05

203-334-4800 XTN 17
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI<br><br>v.<br><br>CENTRAL CONNECTICUT STATE<br>UNIVERSITY AND LISA MARIE BIGELOW,<br>IN HER INDIVIDUAL AND OFFICIAL CAPACITY | Civil No. 3:01cv2366(EBB) |
| SAKKARA BOGLE-ASSEGAI<br><br>v.<br><br>CAPITOL REGION EDUCATION<br>COUNSEL AND MARK D. O'DONNELL,<br>IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES | Civil No. 3:01cv2367(EBB) |

## JUDGMENT

This matter came on for consideration on defendant Lisa Marie Bigelow, Capitol Region Education Counsel, and Mark D. O'Donnell's motions for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions, and on February 10, 2005, a Ruling on Defendants' Motions for Summary Judgment entered granting the relief. On February 10, 2003, the Honorable Janet C. Hall, United States District Judge, issued a Ruling on Motion to Dismiss, granting the relief in part and dismissing Central Connecticut State University and Lisa Bigelow, in her official capacity only.

EOD: _____

1

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 14th day of February, 2005.

          KEVIN F. ROWE, CLERK
By
          /s/
          Melissa Ruocco
          Deputy Clerk

2