**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI, | : | Consolidated |
| *Plaintiff* | : | CIVIL ACTION NO. |
| | : | 3:01CV2366 (EBB) |
| v. | : | (Lead Case) |
| | : | |
| LISA MARIE BIGELOW, In Her Individual Capacity, | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI, By Next Friend | : | |
| Femi Bogle Assegai | : | |
| | : | |
| v. | : | 3:01-CV-2367 (EBB) |
| | : | |
| CAPITOL REGION EDUCATION COUNCIL and | : | |
| MARK D. O'DONNELL, in his Official and Individual | : | |
| Capacities | : | MARCH 17, 2005 |

**STATE'S REPLY TO CAPITOL REGION EDUCATION COUNCIL'S RESPONSE TO MOTION TO CORRECT PART OF COURT'S RULING**

The state respectfully replies to Capitol Region Education Council [CREC]'s Response to the state's Motion to Correct Part of Court's Ruling, as follows:

1. The State does not seek to overturn the Court's decision, granting CREC's motion for summary judgment, but only requests a correction of the Court's factual finding that CREC and its employee, Mark O'Donnell, were arms of the State of Connecticut and entitled to the same immunity as the state.

2. As to this issue, CREC need not conduct any discovery, as it suggests in its brief (see n. 2, page 3 of CREC's response to the states' motion). CREC has, or should have, a better knowledge of its own workings than the plaintiff or the state, including all facts necessary to determine whether it is a state agency. (See, e.g., CREC website: http://www.crec.org, pages attached to the State's Feb. 17, 2004 memorandum as Exhibit G).

For example, CREC knows or should know, better than the plaintiff and as well as the state, that (1) it is not an executive, judicial or legislative agency or institution of the state or of any of the constitutional offices; (2) local boards of education, not the state created it; (3) those local boards created it to carry out local functions, not one integral to state government; (4) it is financially dependent on the local boards, not the state; (5) its officers, directors and trustees are not state functionaries; (6) it is not operated by state employees; (7) its own board, not the state, controls it; (8) the state does not closely monitor its budget, expenditures and appropriations; and (9) it, not the state, would pay any judgment entered against it. (See, e.g., CREC website). CREC also knows or should know, better than the plaintiff and as well as the state, that (1) the Attorney General's office does not represent it; (2) it is not subject to state budgetary approval; (3) its employees are not bound by the state's ethics rules; (4) it is not subject to the provisions of the Freedom of Information Act which apply to state agencies; (5) its employees do not receive state employee benefits; (6) the state does not participate in any way in the hiring or termination of its employees or in determining their compensation; (7) it is not prohibited, as are state agencies, from maintaining a cash balance from year to year; (8) it is not prohibited, as are state

agencies and quasi-public agencies, from retaining lobbyists; (9) any bonds it issues are not the obligation of the state; (10) it has the power to sue and be sued; and (11) its operations budget is not appropriated for in the state's legislative budget.

    3. The state makes its request only to correct a mistake in fact, so that judges and parties in any future proceedings involving CREC or other RESCs are not confused or misled by the finding and so this Court's decision is consistent with the rules set by the Connecticut Supreme Court and the Second Circuit.

**DEFENDANT**
CENTRAL CONNECTICUT
STATE UNIVERSITY

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____
Linsley J. Barbato
Assistant Attorney General
Federal Bar No. ct 03751
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5160
Facsimile: (860) 808-5384
E-mail: linsley.barbato@po.state.ct.us

**<u>CERTIFICATION</u>**

I hereby certify that a copy of the foregoing reply was mailed this 17th day of March, 2005, postage prepaid, to the following:

Cynthia R. Jennings
Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604; and

Linda Yoder
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819.

In addition, a courtesy copy was provided to the Chambers of:

The Honorable Ellen Bree Burns
United States District Judge
United States District Court
141 Church Street
New Haven, CT 06510

_____
Linsley J. Barbato
Assistant Attorney General