# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI, | : | Consolidated |
| *Plaintiff* | : | CIVIL ACTION NO. |
| | : | 3:01CV2366 (EBB) |
| v. | : | (Lead Case) |
| | : | |
| LISA MARIE BIGELOW, In Her Individual Capacity, | : | |
| *Defendant* | | |

| | | |
|---|---|---|
| SAKKARA BOGLE-ASSEGAI, By Next Friend | : | |
| Femi Bogle Assegai | : | |
| | : | |
| v. | : | 3:01-CV-2367 (EBB) |
| | : | |
| CAPITOL REGION EDUCATION COUNCIL and | : | |
| MARK D. O'DONNELL, in his Official and Individual | : | |
| Capacities | : | JUNE 23, 2005 |

## SUPPLEMENT TO MEMORANDUM IN SUPPORT OF STATE'S MOTION TO CORRECT PART OF COURT'S RULING

The state hereby supplements the memorandum in support of its February 17, 2005, Rule 59(e) Motion to Correct by calling the Court's attention to the recent decision of the State of Connecticut's Commissioner of Claims, concluding that RESCs are not state agencies. See Smith v. State, Memorandum of Decision: Motion to Dismiss (June 17, 2005) (attached).

                DEFENDANT
                CENTRAL CONNECTICUT
                STATE UNIVERSITY

                BY:  RICHARD BLUMENTHAL
                ATTORNEY GENERAL

                _____

                Linsley J. Barbato
                Assistant Attorney General
                Federal Bar No. ct 03751
                55 Elm Street
                P. O. Box 120
                Hartford, CT 06141-0120
                Telephone:  (860) 808-5160
                Facsimile:  (860) 808-5384
                E-mail:  linsley.barbato@po.state.ct.us

## **CERTIFICATION**

I hereby certify to that a copy of the foregoing Supplement was mailed this 23rd day of June 2005, via U.S mail, postage prepaid, to:

Cynthia R. Jennings
Attorney At Law
Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604;

Linda Yoder
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819; and

The Chambers of the Honorable Ellen Bree Burns
United States District Judge
United States District Court
141 Church Street
New Haven, CT 06510.

In addition, a copy was hand-delivered to:

Nyle Davey
Assistant Attorney General
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120.

_____
Linsley J. Barbato
Assistant Attorney