UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI | CASE NO. |
| **Plaintiff** | 3:01-cv-02366-EBB |
| V. | |
| CENTRAL CT STATE UNIVERSITY | |
| LISA MARIE BIGELOW | May 2, 2006 |
| MARK D. O'DONNELL | |
| CAPITOL REGION EDUCATIONAL COUNCIL | |
| **Defendants** | |

### MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

Pursuant to Local Rule 15, the undersigned attorney, Cynthia R. Jennings hereby moves for permission to withdraw from the instant matter as counsel for Plaintiff. WHEREFORE, it is respectfully submitted that this motion for permission to withdraw as Plaintiff's counsel be granted.

**ORAL ARGUMENT IS NOT REQUESTED**

PLAINTIFF

By: _____
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC
211 State Street
Bridgeport, CT 06604
Tel: 203-334-4800
Fax: 203-368-6985
Email: Cynthia_jennings_law@yahoo.com
Federal Bar. No. ct21797

## CERTIFICATE OF SERVICE
Rev. 12/1/04

I hereby certify that on May 2, 2006, a copy of foregoing MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF was sent by U.S. mail to the following counsel of record:

United States 2nd Circuit
Court of Appeals
40 Foley Square
New York, NY 10007

Nyle Kimrick Davey
Linsey J. Barbato
Office of the Attorney General
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120

Gary S. Starr
Linda L. Yoder
Sharon Sloan Koziol
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919

By: /s/
Cynthia R. Jennings, Esq.